# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCILA PARAMO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ASPIRA BILINGUAL CYBER | : | |
| CHARTER SCHOOL, et al., | : | No. 17-3863 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **21st** day of **September, 2018**, upon consideration of Defendants' Motions to Quash Plaintiff's Subpoenas and for Protective Orders (Document Nos. 21 and 23) and Plaintiff's Responses, and for the reasons provided in the Court's memorandum dated September 21, 2018, it is **ORDERED** that Defendants' Motions are **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**